**Thomas Alexander Mandrafino RUZICKA, By and Through his next friend, Thomas R. RUZICKA, and Thomas R. Ruzicka, Individually, Plaintiff–Appellant,**

v.

**Janice Lauren MANDRAFINO, Respondent–Respondent.**

**No. 69660.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 19, 1996.

Daniel P. Card, II, Paule, Camazine & Blumenthal, P.C., Clayton, for plaintiff-appellant.

Susan M. Hais, James P. Carmody, Clayton, for respondent-respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Thomas R. Ruzicka (Father) appeals from a judgment and decree entered by the trial court in a paternity action. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).